**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7148**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ROBERT JAMES GRAVES,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Danville.   Norman K. Moon, District
Judge.   (4:99-cr-70049-nkm-1)

Submitted:  December 22, 2008      Decided:  January 26, 2009

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert James Graves, Appellant Pro Se. Donald Ray Wolthuis,
Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Graves appeals the district court's orders denying his motion under 18 U.S.C. § 3582(c)(2) (2006) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Graves, No. 4:99-cr-70049-nkm-1 (W.D. Va. May 22, 2008; June 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED